**Exhibit A to the Complaint**

**Location:** Waterford, MI  **IP Address:** 162.207.22.69
**Total Works Infringed:** 30  **ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash:<br>A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 08-15-2022 20:42:38 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 2 | Info Hash: BE0A4933A159DAED201ED935E08AA7D3AD87F784<br>File Hash:<br>54BE9DF41CE2DACE941249D936B79F54B2A1F9DAA5633DF262A760EB30EDAD9E | 08-15-2022 20:00:16 | Slayed | 05-17-2022 | 06-09-2022 | PA0002361673 |
| 3 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash:<br>F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 08-11-2022 22:10:57 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 4 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash:<br>F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 08-11-2022 21:26:34 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 5 | Info Hash: 8A4E33BE6A9820F4197D25EA3290C7C46BE549EB<br>File Hash:<br>8A437387F2B7F2B120B5A458C83606D21ABFDCA11012D601A20B2BF23CB7850F | 08-08-2022 21:29:09 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 6 | Info Hash: 2550357BE83F79315C56E8A30D1E00B0CB75AC7A<br>File Hash:<br>C6801E7C658330318138099F016BA09F9DFAD1DF1461A91C8DEE58ED2E6D8DC7 | 08-06-2022 16:16:06 | Tushy | 11-22-2017 | 01-04-2018 | PA0002069339 |
| 7 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash:<br>3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 08-06-2022 15:40:19 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 8 | Info Hash: 105499A6E2E07A3E47E5BC2C3EEA5E2698B9CF2C<br>File Hash:<br>2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 07-30-2022 15:59:39 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 9 | Info Hash: E306A0626CE08DD6E70FA6948B8E9D1EAF5BC85D<br>File Hash:<br>E7A93342276647FC12C596F0E7C7C1E745153027C927CDB4C81A09ADCA689BB7 | 07-22-2022 21:22:08 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 10 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash:<br>C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 07-20-2022 20:35:24 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 11 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash:<br>9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 07-19-2022 22:41:29 | Tushy | 07-05-2019 | 08-27-2019 | PA0002213300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 07-19-2022 22:32:36 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 13 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 07-19-2022 22:18:05 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 14 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash: 71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 07-19-2022 22:14:25 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 15 | Info Hash: C7F458E74E912A62F1FD0F8847D05A7293D1E703<br>File Hash: 96AA853211956D0F8E91646FF485BBB578137CA9EC5852D03198CD7E7C6D13F0 | 07-18-2022 23:17:22 | Slayed | 11-30-2021 | 12-03-2021 | PA0002333380 |
| 16 | Info Hash: A7D7A0A04A5F31E749B8420A8A797E5ECC2BF45A<br>File Hash: C8266441AAB3E213EB93BB7E3FE882D68B5BFBCC32ED97FCBE6D96CBE6B8D9AD | 07-18-2022 22:43:26 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 17 | Info Hash: 258961E123E520633A96CDF11E8E6F60E233C816<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 06-19-2022 03:45:32 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 18 | Info Hash: 66349A709F8863561BAB6DACD648456B0B55BF25<br>File Hash: 60E87939C977C66C07DD5FDA435CFC43B92F7FB2C73AE9DF288A5885156E4A39 | 06-02-2022 00:32:20 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 19 | Info Hash: C5BA5E243166DB830E399E8739882FEE8D0A6D84<br>File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 05-29-2022 03:15:49 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 20 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash: E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 05-25-2022 03:24:38 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 21 | Info Hash: 5540C89E5B872A3EB29D38D7D6C59134B3342F74<br>File Hash: 82122CF99D24467F82ADC0C7F5A830B00FD0166A2DACD7D573A461C90D4BA438 | 05-13-2022 22:52:50 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |
| 22 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 05-07-2022 19:49:30 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 23 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash: 83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 05-04-2022 03:10:22 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E2D4A404654D90063AD427121874DAE5BE1A7196<br>File Hash:<br>C47E1A387F715C5B217AC156AA84F4B5FD8C3E147D5EAAADDE08C263A8A6A59C | 05-03-2022<br>23:17:45 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 25 | Info Hash: 9408222E6A579EC45D770CE22C4664CDB67A6120<br>File Hash:<br>2D5319B78F39D032310069792A235C55A4D4AE4916C47E9D0DEBE64B1DAD58CB | 05-03-2022<br>22:11:34 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 26 | Info Hash: 5A784F15B5B95593F12D49B6ADC365B913F49AA6<br>File Hash:<br>F701B7B3A8459C288A60F7441AB6DF8EC28360976518E63DAAF9BE43BCC80409 | 05-03-2022<br>01:07:31 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 27 | Info Hash: 6C9157F589F10DBB923A2C6F0EA79D211FE2D789<br>File Hash:<br>1B6B502903A781D43CF83C84A057633749B639CC9E15E0B0F89E912E0966A04F | 04-30-2022<br>05:57:16 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 28 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash:<br>14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 04-20-2022<br>23:23:24 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 29 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash:<br>52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 04-14-2022<br>11:08:55 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 30 | Info Hash: 039BA5FE71C5977C9D7116F5969DDD54558EE778<br>File Hash:<br>AB339829B42722F8A6C4A3ED8E1B45007C88A273899329302966367595FB5C08 | 04-13-2022<br>23:22:06 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |